# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                         Case No.3:00cr22LAC

DWIGHT GYOT

_____

## ORDER

Your document, **MOTION COMPELLING GOVERNMENT TO FILE A MOTION PURSUANT TO RULE 35**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service to the U.S. Attorney's office as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    The document is not properly captioned for this Court.

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 4th day of March, 2008.

                                                     s/*L.A. Collier*
                                                     LACEY A. COLLIER
                                                     SENIOR UNITED STATES DISTRICT JUDGE